**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| COURTNEY DUNVILLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:05-cv-0736-JDT-TAB |
| | ) | |
| ERIN SNIDER, in his Individual | ) | |
| Capacity, | ) | |
| FRANK ANDERSON, in his Official | ) | |
| Capacity as Marion County Sheriff, | ) | |
| TGM ASSOCIATES, LP, d/b/a | ) | |
| THE AUTUMN WOODS APARTMENTS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DISMISSING DEFENDANTS ERIN SNIDER, In His Individual Capacity**
**and FRANK ANDERSON, In His Official Capacity as Marion County Sheriff**

Comes now the Court upon the Stipulation to Dismiss filed by Plaintiff and Defendants Erin

Snider, In His Individual Capacity and Frank Anderson, In His Official Capacity as Marion County

Sheriff pursuant to Fed.R.Civ.P. 41(A).

The Court, being duly advised, hereby dismisses Defendants Erin Snider, In His Individual

Capacity and Frank Anderson, In His Official Capacity as Marion County Sheriff from this case,

with prejudice.  Each party shall pay their own costs.

IT IS SO ORDERED.

Dated: ___11/29/2005___

_____

John Daniel Tinder, Judge
United States District Court

Distribution:

Andrew P. Wirick, HUME SMITH GEDDES GREEN & SIMMONS, LLP, Awirick@humesmith.com

Laurel S. Judkins, OFFICE OF CORPORATION COUNSEL, LJUDKINS@indygov.org